UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 14-cv-1239 |
| CPATANK, INC., an Illinois corporation, | Judge Milton I. Shadur |
| VITO GLAZERS, individually and as an officer of CPA Tank, Inc., | Magistrate Judge Arlander Keys |
| EAGLE WEB ASSETS, INC., an Illinois Corporation, and | |
| RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc., | |
| Defendants. | |

## MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Plaintiff, the Federal Trade Commission ("FTC"), through its counsel, moves this Court for entry of the attached Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief ("Stipulated Final Judgment and Order"). In support of this motion, the FTC states:

1. On February 19, 2014, the FTC filed this action under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to obtain injunctive relief, and other equitable relief for alleged acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), by Defendants CPATank, Inc., Vito Glazers, Eagle Web Assets, Inc., and Ryan Eagle ("Defendants").

2. The FTC and Defendants have settled this matter, and all parties have signed the attached Stipulated Final Judgment and Order. Entry of the Stipulated Final Judgment and Order by the Court would fully resolve the FTC's case against Defendants.

WHEREFORE, the FTC respectfully requests that the Court enter the attached Stipulated Final Judgment and Order.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

/s/ Steven Wernikoff_____
STEVEN M. WERNIKOFF
JAMES H. DAVIS
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION