## **CERTIFICATE OF SERVICE**

       I hereby certify that I served a true and correct copy of the FTC's Motion for Entry of Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief on February 24, 2014, by Federal Express overnight delivery and electronic mail, upon counsel for all defendants, including:

Gary A. Kanter, Esq.
Dale & Gensburg, P.C.
200 West Adams Street, Suite 2425
Chicago, IL  60606
Email:  gkanter@dandgpc.com
*Attorney for CPATank, Inc. and Vito Glazers*


Andrew B. Gordon, Esq.
Gordon Law Group, Ltd.
One First Bank Plaza, #302
Lake Zurich, IL  60047
Email:  abg@godonlawltd.com
*Attorney for Eagle Web Assets, Inc. and Ryan Eagle*


                                    /s/ Steven M. Wernikoff
                                    Steven Wernikoff
                                    Attorney for Plaintiff Federal Trade Commission