# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 14-cv-1239 |
| CPATANK, INC., an Illinois corporation, | Judge Milton I. Shadur |
| VITO GLAZERS, individually and as an officer of CPA Tank, Inc., | Magistrate Judge Arlander Keys |
| EAGLE WEB ASSETS, INC., an Illinois Corporation, and | |
| RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc., | |
| Defendants. | |

## NOTICE OF MOTION

To: See attached service list.

     PLEASE TAKE NOTICE that on February 27, 2014, at 9:15 a.m. or as soon thereafter as counsel may be heard, Plaintiff Federal Trade Commission will appear before the Honorable Judge Milton I. Shadur, in his courtroom 2303 at 219 South Dearborn Street, in Chicago, Illinois, and present the FTC's Motion for Entry of Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief.

Dated: February 24, 2014

Respectfully submitted,

/s/ Steven Wernikoff
Steven M. Wernikoff
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, IL 60603
Tel.: (312) 960-5634
Fax: (312) 960-5600
Email: swernikoff@ftc.gov
Attorneys for Plaintiff
Federal Trade Commission