Federal Trade Commission
                        Plaintiff,

v.                                                  Case No.: 1:14−cv−01239
                                                  Honorable Milton I. Shadur

CPATank, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2014:

       MINUTE entry before the Honorable Milton I. Shadur: Plaintiff's motion for entry of stipulated final judgment and order for permanent injunction and other equitable relief [4] is granted. Enter Stipulated Final Judgment and Order for Permanent Injunction and other equitable relief. No appearance necessary on 2/27/2014. Civil case terminated. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.