

FILED
10-12-16
OCT 12 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CPATANK, INC., an Illinois corporation,<br><br>VITO GLAZERS, individually and as an officer of CPATank, Inc.,<br><br>EAGLE WEB ASSETS, INC., an Illinois Corporation, and<br><br>RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc.,<br><br>Defendants. | **FILED UNDER SEAL**<br><br>Case No. 14-cv-1239<br><br>Judge Milton I. Shadur |

**[PROPOSED] ORDER TEMPORARILY SEALING FILE AND PERMITTING FILING OF DOCUMENTS UNDER TEMPORARY SEAL**

**IT IS HEREBY ORDERED** that, good cause having been shown therefor, the docket sheet and all pleadings and papers filed in the above-captioned matter shall be sealed. **IT IS HEREBY FURTHER ORDERED** that the Plaintiff Federal Trade Commission may file the following documents, along with any supporting memoranda, declarations, certifications, and exhibits, under seal: (1) Attorney Appearance Form; (2) Motion for Leave to Appear *Pro Hac Vice*; (3) Motion to Lift Partial Suspension of Judgment; (4) *Ex Parte* Motion for Temporary Restraining Order Containing Asset Freeze and Limited Expedited Discovery, and Order to Show Cause Why A Preliminary Injunction Should Not Issue. The seal shall lift automatically without further order of the Court on **October 18, 2016 at 5:00 p.m. Central Daylight Time.**

1

This Order shall only be construed to prohibit disclosure of any of the sealed information by the Office of the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2016    _____
United States District Judge