# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **FILED UNDER SEAL** |
| Plaintiff, | Case No. 14-cv-1239 |
| v. | Judge Milton I. Shadur |
| CPATANK, INC., an Illinois corporation, | |
| VITO GLAZERS, individually and as an officer of CPATank, Inc., | |
| EAGLE WEB ASSETS, INC., an Illinois Corporation, and | FILED 10-12-16 OCT 12 2016 RM |
| RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc., | THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |
| Defendants. | |

## CONSOLIDATED NOTICE OF MOTIONS AND PRESENTMENT

Pursuant to Local Rule 5.3, the Plaintiff Federal Trade Commission ("FTC") provides notice that it intends to present its *Ex Parte* Motion for Order Temporarily Sealing File and *Ex Parte* Motion for Temporary Restraining Order Containing Asset Freeze and Limited Expedited Discovery, and Order to Show Cause Why a Preliminary Injunction Should Not Issue on Friday, October 14, 2016 at 9:15 AM Central Daylight Time before Judge Milton I. Shadur. Given the nature of these motions, and for the reasons expressed in the motions and their supporting documents, the FTC requests that the motions not be publicly listed on the Court's calendar. Furthermore, pursuant to Local Rule 5.3(a)(2), the FTC has not provided notice to any of the Defendants in this matter.

If the Court grants the FTC's *ex parte* motions, under Fed. R. Civ. P. 65(a)(2), the FTC proposes combining the hearing on its Motion to Lift Partial Suspension of Judgment with the hearing on the Order to Show Cause why a Preliminary Injunction Should Not Issue.

Dated: October 12, 2016          Respectfully submitted,

 /s/ Colin D. A. MacDonald
COLIN D. A. MACDONALD*
STEVEN M. WERNIKOFF
JAMES H. DAVIS
Federal Trade Commission
600 Pennsylvania Ave. NW
Mailstop CC-9528
Washington, DC 20580
(202) 326-3192, cmacdonald@ftc.gov
(312) 960-5630, swernikoff@ftc.gov
(312) 960-5611, jdavis@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

* Colin D. A. MacDonald is not a member of the Bar of this Court. His application for admission *pro hac vice* is filed contemporaneously with this motion. Steven M. Wernikoff is a member of the Trial Bar of this Court and James H. Davis is a member of the Bar of this Court.