UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
10-12-16
OCT 12 2016 RM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | **FILED UNDER SEAL** |
| Plaintiff, ) | Case No. 14-cv-1239 |
| v. ) | Judge Milton I. Shadur |
| CPATANK, INC., an Illinois corporation, ) |  |
| VITO GLAZERS, individually and as an officer of CPATank, Inc., ) |  |
| EAGLE WEB ASSETS, INC., an Illinois Corporation, and ) |  |
| RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc., ) |  |
| Defendants. ) |  |

**MOTION TO LIFT PARTIAL SUSPENSION OF JUDGMENT**

Pursuant to Sections III.G, III.I, and III.K of the Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief, *se e* Dkt. 8, the Plaintiff Federal Trade Commission ("FTC") hereby moves the Court to lift the suspension of the judgment against Vito Glazers in this matter.[1] As discussed in the attached Memorandum in Support, Glazers misstated or omitted material information about his assets in the financial disclosure form that the FTC

---

[1] For reasons more fully discussed in the memorandum in support of FTC's simultaneously filed *ex parte* motion for a temporary restraining order, the FTC treats this as an emergency motion for the purposes of Local Rule 5.3, and thus has not provided notice to Glazers. Glazers's misstatements about his assets on a sworn financial statement indicate his willingness to mislead the government about his assets, and the entry of a temporary restraining order before notifying Glazers is vital to ensuring the Commission is able to collect the full judgment if the Court lifts the suspension. The Commission will give notice to Glazers when it intends to present this motion.

expressly relied upon in agreeing to the suspension of the judgment. At minimum, Glazers failed to disclose $447,722.02 in assets he withdrew from a bank account. Because Glazers materially misstated or omitted information on his financial disclosures, the FTC respectfully moves this Court to lift the suspension and find that the full $200,000 judgment against Defendant Vito Glazers, less amounts already paid and plus interest accrued since February 25, 2014, is now due and may be executed on.

Dated: October 12, 2016                                       Respectfully submitted,

                                                                                     /s/ Colin D. A. MacDonald
                                                           COLIN D. A. MACDONALD*
                                                           STEVEN M. WERNIKOFF
                                                           JAMES H. DAVIS
                                                           Federal Trade Commission
                                                           600 Pennsylvania Ave. NW
                                                           Mailstop CC-9528
                                                           Washington, DC 20580
                                                           (202) 326-3192, cmacdonald@ftc.gov
                                                           (312) 960-5630, swernikoff@ftc.gov
                                                           (312) 960-5611, jdavis@ftc.gov

                                                           Attorneys for Plaintiff
                                                           FEDERAL TRADE COMMISSION

* Colin D. A. MacDonald is not a member of the Bar of this Court. His application for admission *pro hac vice* is filed contemporaneously with this motion. Steven M. Wernikoff is a member of the Trial Bar of this Court and James H. Davis is a member of the Bar of this Court.