

FILED
10-12-16
OCT 12 2016 RM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CPATANK, INC., an Illinois corporation, ) <br> ) <br> VITO GLAZERS, individually and as an officer ) <br> of CPATank, Inc., ) <br> ) <br> EAGLE WEB ASSETS, INC., an Illinois ) <br> Corporation, and ) <br> ) <br> RYAN EAGLE, individually and as an officer of ) <br> Eagle Web Assets, Inc., ) <br> ) <br> Defendants. ) <br> ) | Case No. 14-cv-1239 <br><br> Judge Milton I. Shadur |

### [PROPOSED] ORDER LIFTING PARTIAL SUSPENSION OF JUDGMENT

The Plaintiff Federal Trade Commission's Motion to Lift Partial Suspension of Judgment is now before the Court. On review of the parties' memoranda and supporting evidence, the Court finds as follows and GRANTS the Plaintiff's motion.

The Federal Trade Commission ("FTC" or "Commission") agreed to suspend all but $20,000 of the $200,000 monetary judgment due from Defendants CPATank, Inc. and Vito Glazers under the Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief ("Stipulated Judgment"). Dkt. 8 at 10-14. That agreement was "expressly premised upon the truthfulness, accuracy, and completeness" of financial representations made to the FTC by those Defendants. *Id.* at 13.

1

Pursuant to Section III.I of the Stipulated Judgment, the Court will, upon motion of the Commission, lift the suspension of the judgment against Defendant Vito Glazers if "the Court finds that such Defendant[] failed to disclose any material asset, materially misstated the value of any asset, or made any other material misstatement or omission" in his financial representations. Upon lifting the suspension, the full amount of the judgment against that Defendant is immediately due, less the amount already paid and plus interest accruing from February 25, 2014.

Defendant Vito Glazers failed to disclose material assets, materially misstated the value of assets, and made other material misrepresentations and omissions in his financial representations to the Commission.

THEREFORE, the Court hereby GRANTS the Federal Trade Commission's motion and LIFTS THE PARTIAL SUSPENSION OF THE MONETARY JUDGMENT as to Defendant Vito Glazers. The Court further hereby ORDERS that the previously entered judgment in favor of the FTC against Defendant Vito Glazers is now due and may be executed on.

SO ORDERED.

Dated: _____
United States District Judge