

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Federal Trade Commission,,

Plaintiff(s),

v.

CPATank, Inc., et al.,

Defendant(s).

Case No. 14 C 1239
Judge Milton I. Shadur

## ORDER

Motion hearing held. Motion of Colin D.A. MacDonald for leave to apppear pro hac vice is granted. Plaintiff's motion for order temporarily sealing file is granted. Plaintiff's ex parte motion for temporary restraining order containing asset freeze and limited expedited discovery, and order to show cause why a preliminaary injunction should not issue is granted. The Clerk is directed to seal the docket sheet and all pleadings and papers filed in this case. The seal shall lift automactically without further order of the Court on 10/18/2016 at 5:00 p.m. Status hearing is set for 10/21/2016 at 9:15 a.m. Preliminary Injunction hearing is set 11/3/2016 at 9:00 a.m. (For further details see separate orders)

Date: 10/14/2016

/s/ Milton I. Shadur
Senior United States District Judge

(00:30)