

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **FILED UNDER SEAL** |
| Plaintiff, | Case No. 14-cv-1239 |
| v. | Judge Milton I. Shadur |
| CPATANK, INC., an Illinois corporation, | |
| VITO GLAZERS, individually and as an officer of CPATank, Inc., | |
| EAGLE WEB ASSETS, INC., an Illinois Corporation, and | |
| RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc., | |
| Defendants. | |

## [~~PROPOSED~~] ORDER TEMPORARILY SEALING FILE AND PERMITTING FILING OF DOCUMENTS UNDER TEMPORARY SEAL

**IT IS HEREBY ORDERED** that, good cause having been shown therefor, the docket sheet and all pleadings and papers filed in the above-captioned matter shall be sealed. **IT IS HEREBY FURTHER ORDERED** that the Plaintiff Federal Trade Commission may file the following documents, along with any supporting memoranda, declarations, certifications, and exhibits, under seal: (1) Attorney Appearance Form; (2) Motion for Leave to Appear *Pro Hac Vice*; (3) Motion to Lift Partial Suspension of Judgment; (4) *Ex Parte* Motion for Temporary Restraining Order Containing Asset Freeze and Limited Expedited Discovery, and Order to Show Cause Why A Preliminary Injunction Should Not Issue. The seal shall lift automatically without further order of the Court on **October 18, 2016 at 5:00 p.m. Central Daylight Time.**

This Order shall only be construed to prohibit disclosure of any of the sealed information by the Office of the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: ___October 14, 2016___, 2016       _____
                                                                                      United States District Judge