IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Federal Trade Commission,

Plaintiff(s),

v.

CPATank, Inc., et al.,

Defendant(s).

Case No. 14 C 1239
Judge Milton I. Shadur

## ORDER

Status hearing held. Joint motion for extension of the temporary restraining order containing asset freeze and limited expedited discovery, and order to show cause why a preliminaary injunction should not issue is granted. Temporary Restraining Order is extended to 11/3/2016 at 5:00 p.m. Defendant is to appear on 11/3/2016 at 9:00 a.m. to show cause why this Court should not enter a preliminary injunction. (For further details see separate orders)

Date: 10/21/2016

/s/ Milton I. Shadur
Senior United States District Judge

(00:15)