UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CPATANK, INC., an Illinois corporation, ) <br> ) <br> VITO GLAZERS, individually and as an officer ) <br> of CPATank, Inc., ) <br> ) <br> EAGLE WEB ASSETS, INC., an Illinois ) <br> Corporation, and ) <br> ) <br> RYAN EAGLE, individually and as an officer of ) <br> Eagle Web Assets, Inc., ) <br> ) <br> Defendants. ) <br> ) | Case No. 14-cv-1239 <br><br> Judge Milton I. Shadur |

**NOTICE OF FILING OF PROPOSED STIPULATED ORDER
LIFTING PARTIAL SUSPENSION OF JUDGMENT**

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), respectfully files the attached proposed Stipulated Order Lifting Partial Suspension of Judgment ("Stipulated Order").[1] The proposed Stipulated Order bears the signatures of: (1) Vito Glazers, as Defendant in this matter, (2) counsel for Defendant Glazers, and (3) counsel for the Commission. A true copy of the proposed Stipulated Order is attached hereto.

---

[1] Because the proposed Stipulated Order resolves all outstanding issues in this case, the FTC suggests the Court cancel the preliminary injunction hearing scheduled for November 3, 2016.

1

Dated: October 31, 2016 Respectfully submitted,

  /s/ Colin D. A. MacDonald
COLIN D. A. MACDONALD
STEVEN M. WERNIKOFF
JAMES H. DAVIS
Federal Trade Commission
600 Pennsylvania Ave. NW
Mailstop CC-9528
Washington, DC 20580
(202) 326-3192, cmacdonald@ftc.gov
(312) 960-5630, swernikoff@ftc.gov
(312) 960-5611, jdavis@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of Plaintiff's Notice of Filing of Proposed Stipulated Order Lifting Partial Suspension of Judgment was filed electronically through the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, I served notice on counsel for all parties by electronic mail at the following addresses:

Gary Kanter, Esq.
gkanter@dandgpc.com
*Counsel for Vito Glazers*

Andrew Gordon, Esq.
abg@gordonlawltd.com
*Counsel for Ryan Eagle*

Dated: October 31, 2016         /s/ Colin D. A. MacDonald
                                Colin D. A. MacDonald
                                Federal Trade Commission
                                600 Pennsylvania Ave. NW
                                Mailstop CC-9528
                                Washington, DC 20580
                                (202) 326-3192, cmacdonald@ftc.gov