**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

CPATANK, INC., an Illinois corporation,

VITO GLAZERS, individually and as an officer of CPATank, Inc.,

EAGLE WEB ASSETS, INC., an Illinois Corporation, and

RYAN EAGLE, individually and as an officer of Eagle Web Assets, Inc.,

Defendants.

Case No. 14-cv-1239

Judge Milton I. Shadur

**[~~PROPOSED~~] STIPULATED ORDER LIFTING PARTIAL SUSPENSION OF JUDGMENT**

The Plaintiff Federal Trade Commission ("Commission") filed its Motion to Lift Partial Suspension of Judgment ("Motion"). The Commission and Defendant Vito Glazers ("Defendant") stipulate to the entry of this Stipulated Order Lifting Partial Suspension of Judgment ("Order") to resolve all matters related to the Motion.

THEREFORE, IT IS ORDERED as follows:

## I. FINDINGS

1. This Court has jurisdiction over this matter.

2. Defendant waives any claim that he may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and

agrees to bear his own costs and attorney fees.

3. Defendant waives all rights to appeal or otherwise challenge or contest the validity of this Order.

## II. LIFTING OF PARTIAL SUSPENSION OF JUDGMENT

IT IS FURTHER ORDERED that:

A. Pursuant to Section III.I of the Court's February 25, 2014 Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief ("Stipulated Judgment"), the suspension of the $200,000 judgment against Defendant is lifted. The full judgment, minus monies already paid to the Commission, is now due and may be executed on. The Commission and Defendant stipulate that the judgment will be fully satisfied by payment in accordance with Part II.B of this Order.

B. Defendant is ordered to pay the Commission One Hundred and Eighty Thousand Dollars ($180,000), of which, as Defendant stipulates, his undersigned counsel holds One Hundred and Fifty-Four Thousand, Four Hundred, and Eighty-Four Dollars and Seventy-Nine Cents ($154,484.79), in escrow for no purpose other than payment to the Commission. Such payment must be made within 7 days of entry of this Order by electronic fund transfer in accordance with instructions previously provided by a representative of the Commission. Further:

1. To the extent not already done, Defendant and U.S. Bank, N.A., shall transfer Nine Thousand, Nine Hundred, and Ninety-Three Dollars ($9,993.00) in account number ending in 8987 and Eight Thousand, Two Hundred, and Eighty Dollars and Two Cents ($8,280.02) in account number ending in 8882 to the Commission or its designated agent.

2. To the extent not already done, Defendant and Bank of America, N.A., shall

transfer Seven Thousand, Two Hundred, and Forty-Two Dollars and Nineteen Cents ($7,242.19) in account number ending in 6021 to the Commission or its designated agent.

C. Defendant relinquishes dominion and all legal and equitable right, title, and interest in assets transferred pursuant to this Order and may not seek the return of any assets.

D. The facts alleged in the Motion and documents filed in support thereof will be taken as true, without further proof, in any subsequent civil litigation by or on behalf of the Commission, including in a proceeding to enforce its rights civilly to any payment or monetary judgment pursuant to this Order, such as a nondischargeability complaint in any bankruptcy case.

## III. DISSOLUTION OF ASSET FREEZE

IT IS FURTHER ORDERED that, upon Defendant's compliance with Part II.B of this order, the asset freeze provisions of this Court's October 14, 2016 and October 21, 2016 temporary restraining orders shall immediately dissolve without further order of the Court.

## IV. CONTINUING EFFECT OF STIPULATED JUDGMENT

IT IS FURTHER ORDERED that nothing in this Order shall alter the meaning or effect of any provision of the Stipulated Judgment.

## V. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

IT IS SO ORDERED, this 2d day of November, 2016.

Milton I. Shadur

Honorable Milton I. Shadur
Senior United States District Judge

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**

**FEDERAL TRADE COMMISSION**

______________________________ Date: 10/31/2016

COLIN D. A. MACDONALD
STEVEN M. WERNIKOFF
JAMES H. DAVIS
Federal Trade Commission
600 Pennsylvania Ave. NW
Mailstop CC-9528
Washington, DC 20580
(202) 326-3192, cmacdonald@ftc.gov
(312) 960-5630, swernikoff@ftc.gov
(312) 960-5611, jdavis@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FOR DEFENDANT:**

Date: 10/31/16

GARY A. KANTER
Dale & Gensburg, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
(312) 263-2200, gkanter@dandgpc.com

Attorney for Defendant
VITO GLAZERS

**DEFENDANT:** **Vito Glazers**

Date: 10-27-2016

Vito Glazers, individually and as an officer of CPATank, Inc.